# UNITED STATES BANKRUPTCY COURT
for the
Northern District of Ohio

In re  Thomas H McCool
       Connie J McCool
       *Debtor*

Thomas H McCool
Connie J McCool
       *Plaintiff*
       v.
Beneficial
       *Defendant*

Case No. 09-33065

Chapter 7

Adv. Proc. No. 09-3308

## JUDGMENT IN AN ADVERSARY PROCEEDING

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* Thomas H McCool / Connie J McCool recover from the defendant *(name)* Beneficial, the amount of _____ dollars ($ 1,906.25 ), with interest to accrue at the statutory rate as provided in 28 U.S.C.§1961

☐ the plaintiff *(name)* _____, recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____, recover costs from the plaintiff.

Date: April 27, 2010

CLERK OF COURT

/s/ Jennifer S. Huff
*Signature of Clerk or Deputy Clerk*

# CERTIFICATE OF SERVICE

Copies were mailed this 27th day of April 2010 to:

Beneficial
C/o CT Corporation System
1300 East 9th Street
Cleveland, OH 44114

Connie J. McCool
20 Lemmon Street
Attica, OH 44807

Thomas H. McCool
20 Lemmon Street
Attica, OH 44807

Gregory E. Pawlowski
Donald Harris Law Firm
158 East Market Street, Suite 302
Sandusky, OH 44870

                                                  /s/Jennifer S Huff
                                                  Deputy Clerk, U.S. Bankruptcy Court